# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF KENTUCKY
# NORTHERN DIVISION
# AT ASHLAND

**CRIMINAL ACTION NO. 08-5-DLB**

**UNITED STATES OF AMERICA**                                                             **PLAINTIFF**

vs.                                  <u>**ORDER**</u>

**ROY EDWARD WILLIAMSON**                                          **DEFENDANT**

\*   \*   \*   \*   \*   \*   \*

This matter is before the Court upon the November 3, 2011, Report and Recommendation (R&R) of the United States Magistrate Judge wherein he recommends that the Court revoke Defendant's supervised release and impose a sentence of twelve (12) months and one (1) day incarceration, with no supervised release to follow, as recommended jointly by counsel. (Doc. # 44). During the final revocation hearing conducted by Magistrate Judge Atkins on November 3, 2011, Defendant orally stipulated to Violations 2 and 5 as outlined in the October 20, 2011 Supervised Release Violation Report, and the United States moved to dismiss Violations 1, 3 and 4. (*Id.*).

Defendant having orally indicated his desire to waive his right to allocution (Doc. # 44), and having filed a notice of waiver of time to file objections to the Magistrate Judge's R&R (Doc. # 42), the R&R is ripe for the Court's consideration. Having reviewed the R&R, and the Court concluding that the R&R is sound in all respects, including the recommended sentence and the basis for said recommendation, and the Court being otherwise sufficiently advised,

1

**IT IS ORDERED** as follows:

1. The Report and Recommendation (Doc. # 44) is hereby **ADOPTED** as the findings of fact and conclusions of law of the Court;

2. Defendant is found to have **VIOLATED** the terms of his supervised release as outlined in Violations 2 and 5;

3. Upon motion of the United States, Violations 1, 3 and 4 are hereby **DISMISSED**;

4. Defendant's supervised release is hereby **REVOKED**;

5. Defendant is sentenced to the **CUSTODY** of the Bureau of Prisons for a period of **12 months and 1 day with no further supervised release to follow**; with a recommendation that his sentence be served at FCI Ashland, if possible; and

6. A Judgment shall be entered concurrently herewith.

This 7th day of November, 2011.

Signed By:
*David L. Bunning*  *DB*
United States District Judge